# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-07651 JAK (PJWx) | Date | April 4, 2012 |
| Title | L A Printex Industries, Inc. v. MRS, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On April 3, 2012, plaintiff filed "Notice of Settlement" (Dkt. 29).  The Court sets an Order to Show Cause re Dismissal for April 23, 2012 at 1:30 p.m.  If the parties file a dismissal by April 19, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 24, 2012 Final Pretrial Conference and October 9, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |